## STATE OF CONNECTICUT *v.* SAM BARNES

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 805, is denied.

*Mary Miller Haselkamp,* deputy assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* in opposition.

Decided September 18, 1990

## STATE OF CONNECTICUT *v.* LAWRENCE BUELL

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 809, is denied.

*D. Kirt Westfall,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided September 18, 1990

## STEVEN R. DOLBOW *v.* SANDRA W. DOLBOW

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 810, is denied.

*Anthony A. Piazza,* in support of the petition.

*Philip M. French,* in opposition.

Decided September 18, 1990

## STATE OF CONNECTICUT *v.* GAETANO MARINO

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 392, is denied.

*Edward J. Peters, Jr.,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 18, 1990